UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV.
2007 JUL 27 P 2: 48
CLERK_____
SO. DIST. OF GA.

JOHN W. BEMBRY, II,           )
                              )
    Petitioner,            )
                              )
v.                            )   Case No. CV407-087
                              )
AL ST. LAWRENCE, Chatham County )
Sheriff, and JAMES E. DONALD, )
Commissioner, Dep't of Corrections, )
                              )
    Defendants.            )

## REPORT AND RECOMMENDATION

Petitioner, who commenced this civil action pursuant to 28 U.S.C. § 2254, has filed a motion for voluntary dismissal of his habeas petition. Doc. 7. Petitioner had alleged that the state charges against him had been dropped but that he had remained unlawfully incarcerated in Chatham County Jail. Doc. 1. Since the filing of his petition, petitioner has been released from Chatham County Jail and is now incarcerated in Liberty County Jail on federal charges. Doc. 7. As petitioner is no longer

in the custody of defendants, the instant petition should be DISMISSED without prejudice.[1]

**SO REPORTED AND RECOMMENDED** this 26TH day of July, 2007.

 _/s/ M. Smith_
 UNITED STATES MAGISTRATE JUDGE
 SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Al St. Lawrence's motion to dismiss, doc. 4, is thereby moot.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JOHN W. BEMBRY, II,   )
                      )
    Petitioner,   )
                      )
v.                    )   Case No. CV407-087
                      )
AL ST. LAWRENCE, Chatham County )
Sheriff, and JAMES E. DONALD,   )
Commissioner, Dep't of Corrections, )
                      )
    Defendants.   )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this \_\_\_\_ day of _____, 2007.

                                                **B. AVANT EDENFIELD**
                                                **UNITED STATES DISTRICT JUDGE**
                                                **SOUTHERN DISTRICT OF GEORGIA**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHN W. BEMBRY, II, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV407-087 |
| | ) |
| AL ST. LAWRENCE, Chatham County | ) |
| Sheriff, and JAMES E. DONALD, | ) |
| Commissioner, Dep't of Corrections, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA