UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JOHN W. BEMBRY, II,)
)
    Petitioner,)
)
v.) Case No. CV407-087
)
AL ST. LAWRENCE, Chatham County)
Sheriff, and JAMES E. DONALD,)
Commissioner, Dep't of Corrections,)
)
    Defendants.)

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of August, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA